**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

JOSEPH STORY,

    Plaintiff,

vs.                                                                         Case No.:  4:19-mc-00001-CDL

WILLIAM L. AMOS, III,

    Defendant.
                                                     /

PIEDMONT PAYMENT SERVICES, LLC,

    Garnishee.
                                                     /

| PLAINTIFF: | GARNISHEE: |
|---|---|
| Joseph Story | Piedmont Payment Services, LLC |
|  | 7201 Moon Road, Building 1 |
| Represented by: | Columbus, Georgia 31909 |
| Mary Jane Bass |  |
| Beggs & Lane, RLLP |  |
| 501 Commendencia Street |  |
| Pensacola, Florida 32502 |  |
| (850) 432-2451 |  |
|  |  |
| DEFENDANT: | GARNISHMENT COURT: |
|  |  |
| William L. Amos, III | United States District Court for the |
| 7100 Stillwater Drive | Middle District of Georgia |
| Columbus, Georgia 31904 | 120 12th Street |
|  | Columbus, Georgia 31902 |
| Represented by: |  |
| Robert Beasley |  |
| Litvak Beasley Wilson & Ball, LLP |  |
| 40 Palafox Place, Suite 300 |  |
| Pensacola, Florida 32502 |  |

TO THE ABOVE-NAMED GARNISHEE:

    Total amount claimed due by the Plaintiff:   $193,182.60

COURT OF JUDGMENT:  United States District Court, Northern District of Florida

JUDGMENT CASE NO.:  3:17cv98-MCR/EMT

## SUMMONS OF CONTINUING GARNISHMENT TO PIEDMONT PAYMENT SERVICES, LLC

YOU ARE HEREBY COMMANDED to hold immediately all money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant named above beginning on the day of service of this summons and including the next 179 days.

You are FURTHER COMMANDED to file your answer, in writing, not later than 45 days from the date you were served with this summons, with the Clerk of this Court and serve a copy of your answer upon the Plaintiff or Plaintiff's Attorney named above and the Defendant named above, or the Defendant's Attorney, if known, at the time of making such Answer.  Your answer shall state what money, including wages, or other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe beginning on the day of service of this summons and between the time of such service and the time of making your first answer.

Thereafter, you are required to file further answers no later than 45 days after your last answer.  Every further answer shall state what money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe at and from the time of the last answer to the time of the current answer.  The last answer required by this summons shall be filed no later than the 195th day after you receive this summons.  Money, including wages, or other property admitted in an answer to be subject to continuing garnishment must be paid or delivered to the Court concurrently with each answer.

Should you fail to file Garnishee Answers as required by this summons, a judgment by default will be rendered against you for the amount remaining due on a judgment as shown in the Plaintiff's Affidavit of Continuing Garnishment.

WITNESS, the Honorable   Clay D. Land   , Judge of Said Court.

This  28th  day of     May          , 2019.

        DAVID W. BUNT            , Clerk of Court

By:    s/Elizabeth S. Long        , Deputy Clerk