IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOSEPH STORY, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:19-MC-1 (CDL) |
| WILLIAM L. AMOS, III, | * | |
| Defendant. | * | |

O R D E R

Joseph Story obtained a judgment in the amount of $251,266.68 against William L. Amos, III on October 12, 2018 in the U.S. District Court for the Northern District of Florida. He registered the judgment in this Court on April 3, 2019. Story filed an application for a writ of continuing garnishment to Amos's employer, Piedmont Payment Services, LLC, claiming that Amos is currently indebted to him in the sum of $193,182.60. Application for Writ of Garnishment, ECF No. 5. The Court issued a Summons of Continuing Garnishment. ECF Nos. 6 & 7. Piedmont Payment Services filed its first answer on July 2, 2019, stating that the garnishment withholding amount due was $3,033.42. Answer (July 2, 2019), ECF No. 9. There has been no traverse and no other claim to the funds. Story filed a motion for disbursement of funds (ECF No. 11). There was no response to the motion, and the motion is granted. The Clerk shall

disburse to Joseph Story $3,033.42, plus any interest earned on that sum while it was held in the Court's registry. Story's August 22, 2019 motion for disbursement (ECF No. 12) remains pending and will be decided when it becomes ripe.

IT IS SO ORDERED, this 3rd day of September, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA