IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOSEPH STORY, | * |
|     Plaintiff, | * |
| vs. | *     CASE NO. 4:19-MC-1 (CDL) |
| WILLIAM L. AMOS, III, | * |
|     Defendant. | * |

O R D E R

Joseph Story obtained a judgment in the amount of $251,266.68 against William L. Amos, III on October 12, 2018 in the U.S. District Court for the Northern District of Florida. He registered the judgment in this Court on April 3, 2019. Story filed an application for a writ of continuing garnishment to Amos's employer, Piedmont Payment Services, LLC, and the Court issued a Summons of Continuing Garnishment. ECF Nos. 6 & 7. Piedmont Payment Services filed its second answer to the Summons of Continuing Garnishment on August 1, 2019, stating that the garnishment withholding amount due for the relevant time period was $3,026.85. Answer (Aug. 1, 2019), ECF No. 10. There has been no traverse and no other claim to the funds. Story filed a motion for disbursement of funds (ECF No. 12). There was no response to the motion, and the motion is granted. The Clerk shall disburse to Joseph Story $3,026.85, plus any

interest earned on that sum while it was held in the Court's registry.

IT IS SO ORDERED, this 25th day of September, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA