```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| JOSEPH STORY, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:19-MC-1 (CDL) |
| WILLIAM L. AMOS, III, | * |
| Defendant. | * |

O R D E R

Joseph Story obtained a judgment in the amount of $251,266.68 against William L. Amos, III on October 12, 2018 in the U.S. District Court for the Northern District of Florida. He registered the judgment in this Court on April 3, 2019. Story sought, and the Court issued, a summons of continuing garnishment to Piedmont Payment Services, LLC. Piedmont Payment Services filed monthly answers to the summons and deposited funds in the Court's registry. Those funds were disbursed to Story. The 180-day time period for the first summons of continuing garnishment ended, and the Court issued a second summons of continuing garnishment on November 19, 2019. ECF No. 23. At the time, the total amount Story claimed due was $186,451.79. Bass Aff. ¶ 3, ECF No. 22-1.

Piedmont Payment Services filed its fourth answer to the second summons of continuing garnishment on March 2, 2020,

stating that the garnishment withholding amount due for the relevant time period was $3,040.50.[1]  Answer (Mar. 2, 2020), ECF No. 36.  There has been no traverse and no other claim to the funds.  Story filed a motion for disbursement of funds (ECF No. 39).  There was no response to the motion, and the motion is granted.  The Clerk shall disburse to Joseph Story $3,040.50, plus any interest earned on that sum while it was held in the Court's registry.

    IT IS SO ORDERED, this 28th day of April, 2020.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      CHIEF U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA

---

[1] Piedmont Payment Services filed its fifth answer to the second summons of continuing garnishment on April 1, 2020 (ECF No. 38) and deposited $3,040.50 into the Court's registry. There is not yet a motion for disbursement of those funds.